**Request for Appointment of New Counsel and Fair Mediation Case No.1:24-cv-10058-ER**

Christopher Yhap

Queens, NY

christopher_yhap@yahoo.com

28th October, 2025

**MEMO ENDORSED** at page 2

Honorable Judge Edgardo Ramos

United States District Court, SDNY

Dear Judge Ramos,

I am writing to respectfully request that the Court consider appointing new counsel to represent me in the above-referenced matter and, if possible, to schedule a renewed mediation.

While I appreciate the time and effort of my current court-appointed counsel and the mediator, I believe my case; which involves claims of discrimination, retaliation, and emotional distress, was not fully prepared or fairly presented during the initial mediation. Key aspects of my claims, including documented instances of discrimination, retaliation and other evidence submitted to the EEOC and the Defense's Response Statement were not thoroughly reviewed or supported.

I understand the importance of finality, and I am not seeking to delay or complicate proceedings. However, I believe a fresh mediation, with counsel who can communicate effectively and advocate for my interests, would allow this matter to be resolved equitably and with confidence in the process.

I am requesting this appointment not out of dissatisfaction with the individuals involved personally, but because I wish to ensure that my claims are treated with respect and seriousness, and that I have the opportunity to fully advocate for myself in a manner consistent with the complexity and seriousness of my case.

My goal is to resolve this matter fairly and completely, in a way that reflects the merits of my claims. If new counsel is not available, I am prepared to continue to represent myself; however, I respectfully ask that the Court ensure that the mediation process allows for a fair and comprehensive review of all evidence and claims.

Thank you for your attention to this request. I greatly appreciate the Court's consideration and guidance in helping me proceed fairly.

Respectfully,

Christopher Yhap

Plaintiff

---

Defendant is directed to respond by November 3, 2025. A telephonic conference will be held on November 7, 2025, at 10:00 am. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 29, 2025
New York, New York