Cover Letter for Application for Pro Bono Counsel

Christopher Yhap
Jamaica, Queens NY
3478293957

**MEMO ENDORSED**

14th October, 2026

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Yhap v. New York Presbyterian Hospital, No. 24-cv-10058 (ER) — Application for Pro Bono Counsel

Dear Judge Ramos:

Plaintiff, proceeding pro se, respectfully submits the enclosed Application for the Court to Request Pro Bono Counsel, seeking limited assistance with finalizing the settlement agreement. Plaintiff has written separately regarding the pending request to extend the Court's deadlines and asks that they be extended while this application is pending.

Respectfully submitted,
Christopher Yhap
Plaintiff, Pro Se

The application to appoint pro bono counsel for the limited purpose of providing assistance with finalizing the settlement is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 10/21/2026
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Yhap

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

New York Presbyterian Hospital

(List the full name(s) of the defendant(s)/respondent(s).)

1:24 CV 100 (58) (ER)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☑ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I am representing myself and have no legal training. On July 13, 2026, the Court held the settlement term sheet enforceable, and the parties are now negotiating the final settlement agreement. I need an attorney to review that agreement against the term sheet, explain terms I cannot assess on my own, and protect my rights if the settlement is not carried out. In October 2025 I asked for new counsel but was denied.

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have contacted: (1) Fordham Law Federal Litigation Clinic, July 29th 2026, (2) Legal Aid Society Employment Law Unit,which declined because I already hold an EEOC right-to-sue letter; (3) City Bar Justice Center, conflict of interest; (5) NYU Law Civil Litigation – Employment Law Clinic, July 29,2026; (6)NELAR July 24th 2026 referral, requires a retainer I cannot afford; NYLAG October 12th 2026, no response. There are other law institutions I've contacted and that were listed on Chief Justice Swain Recognition list 2024 for pro bono work but to no avail. These are provided as Exhibit A.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: ______________________________________________.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| 10/14/2026 | Christopher Yhap |
| Date | Signature |

| | | | | |
|---|---|---|---|---|
| Yhap,Christopher | | | | |
| Name (Last, First, MI) | | Prison Identification # (if incarcerated) | | |
| Jamaica | Queens | NY | 11436 | |
| Address | City | State | Zip Code | |
| 3478293957 | | | | |
| Telephone Number | E-mail Address (if available) | | | |

Exhibit A

These are additional institutions and law firms I contacted to seek representation but have been unsuccessful:

12/29/2025 -Goodwin Firm- Unable to provide representation
1/5/2026-Lowenstein Sandler Firm- Does not handle employment discrimination litigation
1/5/2026-Patterson Belknap Firm-Unable to take on my case
1/5/2026- Ropes and Gray Firm- No response
7/22/2026- St. John's University School of Law- Unable to provide services
12/16/2025-Akerman Firm- No response
12/16/2025- Akin Firm-No response
12/16/2025-A&O Shearman Firm-No response
12/16/2025-Arnold & Porter Firm-No response
12/18/2025-Book Law Firm-No response
12/18/2025-Brooklyn Defender Services- No response
12/18/2025-Cardozo / Bet Tzedek Legal Services-No response
12/18/2025-Covington Firm-No response
12/18/2025-Cravath, Swaine and Moore Firm-No response
12/29/2025-Crowell and Moring-No response
12/29/2025-Dentons Firm-No response
12/29/2025-Dorsey & Whitney Firm-No response
12/29/2025-Duane Morris Firm-No response
12/29/2025-Freshfields Firm-No response
12/29/2025-Gibson Dunn Firm-No response
12/29/2025-Greenberg Traurig Firm-No response
12/29/2025-Hogan Lovells Firm-No response
12/18/2025- Cohen and Gresser Firm- They stated their firm takes cases off the SDNY pro bono list, and they do so in coordination with the Court's Office of Pro Se Litigation.
1/5/2026-Hughes Hubbard and Reed Firm-No response
1/5/2026-Kirkland and Ellis Firm-No response
1/5/2026-Latham and Watkins Firm-No response
1/5/2026-Milbank Firm-No response
1/5/2026-Morrison Foerster Firm-No response
1/5/2026-Paul Weiss Firm-No response
1/5/2026-Proskauer Rose Firm-No response
1/5/2026-Ropes and Gray Firm-No response
1/5/2026-Sidley Austin Firm-No response
1/5/2026-Skadden and Affiliates Firm-No response
1/5/2026-Sullivan and Cromwell Firm-No response
1/5/2026-WilmerHale Firm-No response
11/17/2025-Mayor's Office to Facilitate Pro Bono Legal Assistance- Through various communications and attempts, the representative has been unable to secure counsel on my behalf.
10/13/2026-NYLAG-No response
10/13/2026-CUNY School of Law- Awaiting next steps
1/19/2026- Make The Road NY-No response
12/16/2025- The Atlantic Foundation-No response